Summons in a Civil Action (Rev 11/97)

FILED
08 MAR 10 AM 8:53
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP  DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Jeffrey A. Needelman, Plaintiff

vs

PENNSYLVANIA HIGHER
EDUCATION ASSISTANCE
AUTHORITY dba AMERICAN
EDUCATION SERVICES; KEY
BANK, N.A.; & EDUCATION
CREDIT MANAGEMENT
SERVICES, Defendants

**SUMMONS IN A CIVIL ACTION**

Case No. **08 CV 0442 L RBB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jeffrey A. Needelman, Attorney and Plaintiff Pro Se
P.O. Box 471146
San Francisco, CA 94147-1146

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____          3/10/08
W. Samuel Hamrick, Jr.            _____
       CLERK                         DATE

By  C. PLATTMANN   Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)