Michael L. Meeks (State Bar No. 172000)
meeksm@pepperlaw.com
Carol A. Dwyer (State Bar No. 239769)
dwyerc@pepperlaw.com
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: 949.567.3500
Facsimile: 949.863.0150

Attorneys for Defendant Pennsylvania Higher Education
Assistance Agency dba American Education Services

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. NEEDELMAN,<br><br>        Plaintiff,<br><br>    vs.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AUTHORITY dba AMERICAN EDUCATION SERVICES, KEY BANK, N.A.; & EDUCATION CREDIT MANAGEMENT SERVICES,<br><br>        Defendants. | Case No. 08 CV 0442 L RBB<br><br>Honorable M. James Lorenz<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS [12(b)(6)] BY DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY**<br><br>[Memorandum of Points and Authorities; Request for Judicial Notice filed concurrently herewith]<br><br>Date:  June 30, 2008<br>Time:  10:30 a.m.<br>Place: Crtrm 14 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that on June 30, 2008 at 10:30 a.m., or as

3  soon thereafter as the matter may be heard, defendant Pennsylvania Higher

4  Education Assistance Agency ("PHEAA")[1] will and hereby does move in

5  Courtroom 14 of the above-entitled court, located at 940 Front Street, San Diego,

6  California for an order dismissing Plaintiff's complaint and each cause of action

7  therein for failure to state a claim upon which relief can be granted, under Federal

8  Rules of Civil Procedure Rule 12(b)(6).

9         Dismissal pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) is

10  proper where the claim is not based on a cognizable legal theory or where there are

11  insufficient facts alleged to support cognizable claim.

12         Plaintiff's First Cause of Action for Declaratory Relief seeks a declaration

13  that his student loans were discharged in a Chapter 13 bankruptcy proceeding.

14  Declaratory relief is only proper where it will resolve an actual controversy or

15  uncertainty.  There is no uncertainty that his student loans have never been

16  discharged.  There is no order discharging plaintiff's student loan debt and the

17  bankruptcy court's discharge order expressly excluded student loan debt.  There are

18  no facts to support Plaintiff's claim for declaratory relief.

19         Plaintiff's Second Cause of Action for Reimbursement seeks reimbursement

20  of payments he has made on his student loans following the conclusion of his

21  Chapter 13 bankruptcy proceeding.  Reimbursement is a claim for unjust

22  enrichment under a quasi-contractual theory, which is not proper where there is an

23  written contract that expresses the parties' obligations.  Here, Plaintiff entered into

24  a written loan agreement, which defines the parties' obligations.  Additionally,

25  Plaintiff's student loans were not discharged and he is obligated to make payments

26

27  [1] Pennsylvania Higher Education Assistance Agency was erroneously sued as
Pennsylvania Higher Education Assistance Authority.

28

1

1  to PHEAA under the terms of the agreement.  There are no facts to support

2  Plaintiff's claim for reimbursement.

3        This motion is based upon this Notice of Motion and Motion, the

4  Memorandum of Points and Authorities filed in support hereof, the Request of

5  Judicial Notice, and such other and further evidence and argument as may be

6  presented at the hearing on this motion.

7        DATED:  April 21, 2008              PEPPER HAMILTON LLP

8                                            By:_____/s/_____

9                                                  Michael L. Meeks
                                                    Carol A. Dwyer
10                                                  Attorneys for Defendant Philadelphia
                                                        Higher Education Assistance
11                                                      Agency

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28