Michael L. Meeks (State Bar No. 172000)
meeksm@pepperlaw.com
Carol A. Dwyer (State Bar No. 239769)
dwyerc@pepperlaw.com
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: 949.567.3500
Facsimile: 949.863.0150

Attorneys for Defendant Pennsylvania Higher Education Assistance Agency dba American Education Services

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. NEEDELMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AUTHORITY dba AMERICAN EDUCATION SERVICES, KEY BANK, N.A.; & EDUCATION CREDIT MANAGEMENT SERVICES,<br><br>    Defendants. | Case No. 08 CV 0442 L RBB<br><br>Honorable M. James Lorenz<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY'S MOTION TO DISMISS**<br><br>[Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in Support Thereof; and [Proposed] Order filed concurrently herewith]<br><br>Date: June 30, 2008<br>Time: 10:30 a.m.<br>Place: Crtrm 14 |

1

1 | Pursuant to Federal Rule of Evidence 201, Defendant Pennsylvania Higher Education Assistance Agency ("PHEAA")[1] requests that the Court take judicial notice of the following documents in support of PHEAA's Motion to Dismiss:

    1. The Voluntary Petition for Chapter 13 Bankruptcy in the United States District Court – Southern District of California Case No. 01-12461-H13 filed by Plaintiff Jeffrey Needelman ("Plaintiff") on or about December 6, 2001;

    2. The Chapter 13 Plan filed in the United States District Court – Southern District of California Case No. 01-12461-H13 by Plaintiff on or about December 6, 2001;

    3. The Order and Notice for Meeting of Creditors To Be Held on Jan. 17, 2002 at 3:00 p.m filed in the United States District Court – Southern District of California Case No. 01-12461-H13 on or about December 12, 2001;

    4. The Order Confirming Debtor(s) Plan and Allowing Attorneys Fees filed in the United States District Court – Southern District of California Case No. 01-12461-H13 on or about January 24, 2002; and

    5. The Discharge of Debtor Order filed in the United States District Court – Southern District of California Case No. 01-12461-H13 on or about May 29, 2007.

DATED: April 21, 2008        PEPPER HAMILTON LLP

By: /s/
    Michael L. Meeks
    Carol A. Dwyer
    Attorneys for Defendant Pennsylvania
    Higher Education Assistance Agency

---

[1] Pennsylvania Higher Education Assistance Agency was erroneously sued as Pennsylvania Higher Education Assistance Authority.

1