Michael L. Meeks (State Bar No. 172000)
meeksm@pepperlaw.com
Carol A. Dwyer (State Bar No. 239769)
dwyerc@pepperlaw.com
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: 949.567.3500
Facsimile: 949.863.0150

Attorneys for Defendant Pennsylvania Higher Education Assistance Agency dba American Education Services

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. NEEDELMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AUTHORITY dba AMERICAN EDUCATION SERVICES, KEY BANK, N.A.; & EDUCATION CREDIT MANAGEMENT SERVICES,<br><br>    Defendants. | Case No. 08 CV 0442 L RBB<br><br>Honorable M. James Lorenz<br><br>**PROOF OF SERVICE**<br><br>[Date:   June 30, 2008<br>Time:   10:30 a.m.<br>Place:  Crtrm 14 |

1

## PROOF OF SERVICE

I am employed in the County of Orange, State of California, am over the age of 18 and not a party to the within action. My business address is Pepper Hamilton LLP, 4 Park Plaza, Suite 1200, Irvine, California 92614. I am over the age of 18 and not a party to the action. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.

On the date set forth below, I served the foregoing documents described as

1. Notice Of Motion And Motion To Dismiss [12(B)(6) By Defendant Pennsylvania Higher Education Assistance Agency

2. Memorandum Of Points And Authorities In Support Of Motion To Dismiss Pursuant To Frcp 12(B)(6) By Defendant Pennsylvania Higher Education Assistance Agency

3. Request For Judicial Notice In Support Of Defendant Pennsylvania Higher Education Assistance Agency's Motion To Dismiss

4. Exhibits To Request For Judicial Notice In Support Of Defendant Pennsylvania Higher Education Assistance Agency's Motion To Dismiss

on all interested parties in this action by placing [ ] the original [ ] a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Jeffrey A. Needelman<br>P.O. Box 471146<br>San Francisco, CA 94147-1146<br>(415) 441-4401 telephone<br>(415) 441-4956 facsimile | |

[ x ]   BY MAIL: I am "readily familiar" with Pepper Hamilton's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereof fully prepaid at Irvine, California, on that same day following ordinary business practices.

[ ]   BY PERSONAL SERVICE: I caused to be personally delivered such envelope(s) directly to the person(s) being served.

[ x ]   (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]   (*Federal*) I declare under penalty of perjury under the laws of United States of America that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. Executed on April 22, 2008, at Irvine, California.

RAQUEL MORENO