TIMOTHY P. BURKE, ESQ.  (SBN 207084)
TIMOTHY P. BURKE & ASSOCIATES
1136 Fremont Avenue, Suite 108
South Pasadena, California  91030
Tel. (626) 799-8902
Fax (626) 799-8912

Attorneys for Defendant
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. NEEDELMAN,<br><br>           Plaintiff,<br><br>     vs.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AUTHORITY dba AMERICAN EDUCATION SERVICES, KEY BANK N.A.; & EDUCATIONAL CREDIT MANAGEMENT CORPORATION<br><br>           Defendants. | Case No.:  08- CV 0442 L RBB<br><br>Honorable M. James Lorenz<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) BY DEFENDANT EDUCATIONAL CREDIT MANAGEMENT CORPORATION**<br><br>**Hearing**<br>Date:     June 30, 2008<br>Time:    10:30 a.m.<br>Courtroom: "14" |

TO THE HONORABLE M. JAMES LORENZ, UNITED STATES DISTRICT JUDGE, PLAINTIFF JEFFERY A. NEEDELMAN AND ALL PARTIES OF INTEREST:

///

///

1

2   PLEASE TAKE NOTICE that on June 30, 2008 at 10:30 a.m., or as soon
3   thereafter as this matter may be heard, a hearing will be held before the Honorable
4   M. James Lorenz, United States District Judge, in his courtroom located at the U.S.
5   Courthouse, 880 Front Street, San Diego, California 92101-6998, Courtroom 14, on
6   the Motion to Dismiss Plaintiff's Complaint for: 1) Declaratory Relief 2)
7   Reimbursement for: (1) Failure to State a Claim for Which Relief may be Granted
8   ("Motion"), filed by Defendant EDUCATIONAL CREDIT MANAGEMENT
9   CORPORATION. ("ECMC").

10   This Motion is based on this Notice of Motion and Motion, the Memorandum
11   of Points and Authorities filed concurrently herewith, the pleadings and records on
12   file with respect to this bankruptcy adversary proceeding and such other and further
13   evidence and oral argument as may be presented to the Court at the hearing.

14   PLEASE TAKE FURTHER NOTICE that pursuant to Local District Rule 7.1,
15   parties who wish to oppose the Motion shall, not later that fourteen (14) days prior to
16   the date of the hearing, file with the Clerk of the United States District Court, located
17   at 880 Front Street, San Diego, California 92101-6998, and serve on counsel for
18   ECMC, a brief but complete written statement of all reasons in opposition to the
19   Motion, and an answering memorandum of points and authorities and copies of all
20   documentary evidence on which the responding party intends to rely.  In accordance
21   with Local District Rule 90137.1, papers not timely filed and served may be deemed
22   by the Court as consent to the granting of the Motion.
23   ///
24   ///

1  WHEREFORE, ECMC prays that this court grant its Motion to Dismiss and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

TIMOTHY P. BURKE & ASSOCIATES
A PROFESSIONAL CORPORATION

DATED:   May 15, 2008

By:   /S/ TIMOTHY P. BURKE

TIMOTHY P. BURKE
Attorneys for Defendant
Educational Credit Management Corporation