1  TIMOTHY P. BURKE, ESQ. (SBN 207084)
   TIMOTHY P. BURKE & ASSOCIATES
2  A PROFESSIONAL CORPORATION
   1136 Fremont Ave., Suite 108
3  South Pasadena, CA  91030
   Tel. (626) 799-8902
4  Fax (626) 799-8912

5  Attorneys for Defendant
   EDUCATIONAL CREDIT MANAGEMENT CORPORATION

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  JEFFREY A. NEEDELMAN,              )  Case No.:  08 CV 0442 L RBB
                                       )
12          Plaintiff,                 )  **CERTIFICATE OF SERVICE OF NOTICE**
                                       )  **OF MOTION AND MOTION TO DISMISS**
13                                     )  **PURSUANT TO FRCP 12(b)(6)**
         vs.                           )
14                                     )
    PENNSYLVANIA HIGHER EDUCATION      )
15  ASSISTANCE AUTHORITY dba           )
    AMERICAN EDUCATION SERVICES,       )
16  KEY BANK N.A.; & EDUCATIONAL       )
    CREDIT MANAGEMENT CORPORATION)
17          Defendants.                )
                                       )
18                                     )
                                       )
19  _____  )

20  //

21  //

22

23

24

25

26

27

28

1          Educational Credit Management Corporation hereby files the following

2  certificate of service:

3                                  **PROOF OF SERVICE**

4          I am employed in the County of Los Angeles, State of California; I am over the age of
eighteen years and am not a party to this action; my business address is 1136 Fremont Avenue,

5  Suite 108, South Pasadena, California  91030, in said County and State.  On **May 15, 2008**, I served
the following document(s):

6          **1)  Notice of Motion to Dismiss pursuant to FRCP 12(b)(6); Memorandum of Points and
Authorities in support of Motion to Dismiss Pursuant to FRCP 12(b)(6)**

7  on each of the interested parties:     **SEE ATTACHED SERVICE LIST**

8  by the following means of service:

9  ☒      **BY MAIL**:  I placed a true copy in a sealed envelope addressed as indicated above, on the above-
mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for

10          mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of
business.  Under that practice it would be deposited with the U.S. Postal Service on that same date

11          with postage thereon fully prepaid at South Pasadena, California in the ordinary course of business I
am aware that on motion of party served, service is presumed invalid if postal cancellation date or

12          postage meter date is more than one day after date of deposit for mailing in affidavit.

13  ☐      **BY PERSONAL SERVICE**:  I provided a true copy of the above-listed document(s) to a messenger,
employed by _____(**COURIER SERVICE NAME**)_____, along with

14          an envelope(s) addressed to each person(s) named at the address(es) shown, and gave that
document(s) to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

15

16  ☐      **BY FACSIMILE**:  On October 17, 2006, from South Pasadena, California, I caused each such
document to be transmitted by facsimile machine, to the parties and numbers on the attached Service

17          List.  To the best of my knowledge, the transmission was reported as complete, and no error was
reported by the facsimile machine.  A copy of the transmission record is maintained by our office.

18  ☐      **BY FEDERAL EXPRESS OR UNITED STATES POSTAL EXPRESS MAIL:**  On the above-mentioned

19          date, I placed a true copy of the above mentioned document(s), in a sealed envelope or package
designated by either Federal Express or the United States Postal Service with delivery fees paid or

20          provided for, addressed to the person(s) as indicated above and deposited same in a box or other
facility regularly maintained by Federal Express or the United States Postal Service or delivered same

21          to an authorized courier or driver authorized by Federal Express or the United States Postal Service to
receive documents.

22  ☒      I am employed with the law office of TIMOTHY P. BURKE & ASSOCIATES, A Professional
Corporation, TIMOTHY P. BURKE is a member of the bar of this court.

23

24  ☐      **(STATE)**        I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

25  ☒      **(FEDERAL)**    I declare under penalty of perjury under the laws of the United States that the

26                           foregoing is true and correct.

27  Executed on **May 15, 2008**.

28                                           /S/ TIMOTHY P. BURKE
                                          TIMOTHY P. BURKE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**SERVICE LIST**</u>

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**NEEDELMAN V. P.H.E.A.A., ET. AL.**
<u>**CASE NO. 08-0442 L RBB**</u>

<u>PLAINTIFF PRO SE</u>
Jeffrey A. Needelman, Esq.
P.O. Box 471146
San Francisco, CA 94147
(415) 441-4401

<u>COUNEL FOR DEFENDANT P.H.E.A.A.</u>
Michael Meeks, Esq.
Pepper Hamilton, LLP
4 Park Plaza, Suite 1200
Irvine, CA 92614
(949) 567-3500

CASE NO. 08 CV 0442 L RBB
CERTIFICATE OF SERVICE OF NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)
1905