

```
FILED
5/19/2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

**Needelman**                                                          **08cv442-L (RBB)**

**-v-**

**Pennsylvania Higher Education, etc., et al.**

# STRICKEN DOCUMENT

**9-Motion to Dismiss**

**9**