COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP
Rupert P. Hansen (SBN 082302)
rhansen@cwghp.com
Courtney M. Crawford (SBN 242567)
ccrawford@cwghp.com
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendant
KEYBANK, N.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. NEEDELMAN,<br><br>  Plaintiff,<br><br>  vs.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AUTHORITY dba AMERICAN EDUCATION SERVICES, KEYBANK, N.A.; AND EDUCATION CREDIT MANAGEMENT SERVICES,<br><br>  Defendants. | Case No.: 08 CV 00442 L RBB<br><br>Hon. M. James Lorenz<br><br>**DEFENDANT KEYBANK, N.A.'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant KEYBANK, N.A. in the above-captioned action certifies that KEYBANK, N.A., is a wholly-owned subsidiary of Keycorp, a publicly traded company. No publicly held corporation, other than Keycorp, owns more than 10% of Defendant KEYBANK, N.A.'s stock.

Dated: May 19, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendant KEYBANK, N.A.

By: _____
Rupert P. Hansen

-1-

Case No.: 08CV00442L RBB

DEFENDANT KEYBANK, N.A.'S RULE 7.1 DISCLOSURE STATEMENT

## CERTIFICATE OF SERVICE

Case:     *Jeffrey A. Needelman v. Pennsylvania Higher Education, et al.*

Case No.:   U.S. District Court, Southern District Case No.: 08 CV 00442 L RBB

I am employed in the City and County of San Francisco by the law firm of COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP, 190 The Embarcadero, San Francisco, California 94105. I am over the age of 18 years and not a party to the within action.

On May 19, 2008, I served the attached document(s):

- **DEFENDANT KEYBANK, N.A.'S RULE 7.1 DISCLOSURE STATEMENT**

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except facsimile transmission(s)), addressed as shown below, for service as designated below:

**(A)**   By First Class Mail: I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the addressee on the date indicated.

**(B)**   By Personal Service: I caused each such envelope to be personally delivered to the addressee(s) by a member of the staff of this law firm on the date indicated.

**(C)**   By Messenger Service: I caused each such envelope to be delivered to a courier employed by FIRST LEGAL SUPPORT SERVICES or by WORLDWIDE ATTORNEY SERVICES, with both of whom we have a direct billing account, who personally delivered each such envelope to the addressee(s) on the date indicated.

**(D)**   By Federal Express:   I caused each such envelope to be delivered to Federal Express Corporation at San Francisco, California, with whom we have a direct billing account, to be delivered to the addressee(s) on the next business day. I deposited each such envelope/package at the Three Embarcadero Center location of Federal Express Corporation.

**(E)**   By Facsimile: I caused such document to be served via facsimile electronic equipment transmission (fax) on the party(ies) in this action by transmitting a true copy to the following fax numbers:

PROOF OF SERVICE                                            Case No.: CV 07-02952 WHA

| SERVICE | ADDRESSEE | PARTY REPRESENTED |
|---------|-----------|-------------------|
| A | Jeffrey A. Needelman, Esq.<br>P.O. Box 471146<br>San Francisco, CA 94147<br>(415) 441-4401 | Plaintiff Pro Se |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 19, 2008 at San Francisco, California.

_____
Zoe Conner

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

Dmsi.Point Loma/2504

PROOF OF SERVICE                                    Case No.: CV 07-02952 WHA