

**Needelman**　　　　　　　　　　　　　　　　　　**08cv442-L (RBB)**

**-v-**

**Pennsylvania Higher Education, etc., et al.**

# STRICKEN DOCUMENT

### 11-Certificate of Service

## 11