

**Needelman**                                    **08cv442-L (RBB)**

**-v-**

**Pennsylvania Higher Education, etc., et al.**

# STRICKEN DOCUMENT

**12-Request for Judicial Notice**

**12**