1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS LLP**
2  Rupert P. Hansen (SBN 082302)
   rhansen@cwghp.com
3  Courtney M. Crawford (SBN 242567)
   ccrawford@cwghp.com
4  190 The Embarcadero
   San Francisco, CA 94105
5  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
6

7  Attorneys for Defendant
   KEYBANK, N.A.
8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **SOUTHERN DISTRICT OF CALIFORNIA**
11

12 | JEFFREY A. NEEDELMAN,                          ) Case No.: 08 CV 00442 L RBB
   |                                                )
13 |              Plaintiff,                        ) Hon. M. James Lorenz
   |                                                )
14 |    vs.                                         ) **NOTICE OF MOTION AND**
   |                                                ) **MOTION TO DISMISS [12(b)(6)] BY**
15 | PENNSYLVANIA HIGHER EDUCATION                  ) **DEFENDANT KEYBANK, N.A.**
   | ASSISTANCE AUTHORITY dba                       )
16 | AMERICAN EDUCATION SERVICES,                   ) [Memorandum of Points and Authorities;
   | KEYBANK, N.A.; AND EDUCATION                   ) Request for Judicial Notice filed
17 | CREDIT MANAGEMENT SERVICES,                    ) concurrently herewith]
   |                                                )
18 |              Defendants.                       ) Date: June 30, 2008
   |                                                ) Time: 10:30 a.m.
19 |                                                  Place: Courtroom 14

20

21

22

23
   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
24

25     PLEASE TAKE NOTICE that on **June 30, 2008 at 10:30 a.m.**, or as soon thereafter

26 as the matter may be heard, defendant KEYBANK. N.A. ("Keybank") will and hereby does

27 move in Courtroom 14 of the above-entitled court, located at 940 Front Street, San Diego,

28 California, for an order dismissing plaintiff's complaint and each cause of action therein for

KEY.Needelman/2602

failure to state a claim upon which relief can be granted, under Federal Rules of Civil Procedure Rule 12(b)(6).

Dismissal pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) is proper where the claim is not based on a cognizable legal theory or where there are insufficient facts alleged to support cognizable claim.

Plaintiff's First Cause of Action for Declaratory Relief seeks a declaration that his student loans were discharged in a Chapter 13 bankruptcy proceeding. Declaratory relief is only proper where it will resolve an actual controversy or uncertainty. There is no uncertainty that Plaintiff Needelman's student loans have never been discharged. There was no adversary proceeding in Plaintiff Needelman's bankruptcy proceeding which adjudicated any putative defense to Plaintiff's student loans. Nor is there any order from Plaintiff Needelman's bankruptcy proceeding discharging Plaintiff's student loan debt. To the contrary, the bankruptcy court's discharge order relied upon by Plaintiff Needelman expressly excluded student loan debt. There are no facts to support Plaintiff's claim for declaratory relief.

Plaintiff's Second Cause of Action for Reimbursement seeks reimbursement of payments he has made on his student loans following the conclusion of his Chapter 13 bankruptcy proceeding. Reimbursement is a claim for unjust enrichment under a quasi-contractual theory, which is inappropriate where there is a written contract that expresses the parties' obligations. Here, Plaintiff Needelman entered into a written loan agreement, which defines the parties' obligations. Additionally, Plaintiff's student loans were not discharged and he is obligated to make payments under the terms of the agreement. There are no facts to support plaintiff's claim for reimbursement.

PLEASE TAKE FURTHER NOTICE that pursuant to Local District Rule 7.1, parties who wish to oppose this Motion shall, not later than fourteen (14) days prior to the date of the hearing, file with the Clerak of the United States District Court for the Southern District of California, located at 880 Front Street, San Diego, California 92101-6998, and serve on

-2-   Case No.: 08CV00442L RBB
NOTICE OF MOTION AND MOTION TO DISMISS

counsel for KEYBANK, N.A., a brief but complete written statement of all reasons in opposition to the documentary evidence on which the responding party intends to rely. In accordance with Local Rule 90137.1, papers not timely filed and served may be deemed by the Court as consent to the granting of the Motion to Dismiss.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed in support hereof, the Request for Judicial Notice, and such other and further evidence and argument as may be presented at the hearing on this motion.

WHEREFORE, Defendant KEYBANK, N.A., prays that this Court grant its Motion to Dismiss and for such further relief as the Court deems just and proper.

Dated: May 19, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendant
KEYBANK, N.A.


By: _s/Rupert P. Hansen_____
    Rupert P. Hansen

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

KEY.Needelman/2602

-3-   Case No.: 08CV00442L RBB
NOTICE OF MOTION AND MOTION TO DISMISS