COX, WOOTTON, GRIFFIN,
HANSEN & POULOS LLP
Rupert P. Hansen  (SBN 082302)
rhansen@cwghp.com
Courtney M. Crawford (SBN 242567)
ccrawford@cwghp.com
190 The Embarcadero
San Francisco, CA  94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendant
KEYBANK, N.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. NEEDELMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AUTHORITY dba AMERICAN EDUCATION SERVICES, KEYBANK, N.A.; AND EDUCATION CREDIT MANAGEMENT SERVICES,<br><br>　　　　Defendants. | Case No.: 08 CV 00442 L RBB<br><br>Hon. M. James Lorenz<br><br>**DEFENDANT KEYBANK, N.A.'s REQUEST FOR JUDICIAL NOTICE**<br><br>[Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in Support filed concurrently herewith]<br><br>Date:  June 30, 2008<br>Time:  10:30 a.m.<br>Place:  Courtroom 14 |

Pursuant to Federal Rule of Evidence 201, Defendant KeyBank, N.A. ("KEYBANK") requests that the Court take judicial notice of the following:

1. The Voluntary Petition for Chapter 13 Bankruptcy filed by Plaintiff Jeffrey A. Needelman ("Plaintiff") in the United States District Court for the Southern District of California, Case Number 01-12461-H13, on December 6, 2001 (a true and correct copy of which is appended hereto as **Exhibit 1**);

2. The Chapter 13 Plan filed by Plaintiff in the United States District Court for

-1-

DEFENDANT KEYBANK, N.A.'s REQUEST FOR JUDICIAL NOTICE

Case No.: 08CV00442L RBB

1         the Southern District of California, Case Number 01-12461-H13, on

2         December 6, 2001(a true and correct copy of which is appended hereto as

3         **Exhibit 2**);

4   3.   The Order and Notice for Meeting of Creditors To Be Held on January 17,

5         2002 at 3:00p.m. filed in the United States District Court for the Southern

6         District of California, Case Number 01-12461-H13, on or about December 12,

7         2001(a true and correct copy of which is appended hereto as **Exhibit 3**);

8

9   4.   The Order Confirming Debtor(s) Plan and Allowing Attorneys Fees filed in

10        the United States District Court for the Southern District of California, Case

11        Number 01-12461-H13, on or about January 24, 2002(a true and correct copy

12        of which is appended hereto as **Exhibit 4**);

13   5.   The Discharge of Debtor Order filed in the United States District Court for the

14        Southern District of California, Case Number 01-12461-H13, on or about May

15        29, 2007 (a true and correct copy of which is appended hereto as **Exhibit 5**);

16   6.   Plaintiff's Complaint For: 1. Declaratory Relief; And 2. Reimbursement, filed

17        in the United States District Court for the Southern District of California, Case

18        Number 08 CV 0442 L RBB, on or about March 10, 2008 (a true and correct

19        copy of which is appended hereto as **Exhibit 6**).

20 Dated: May 19, 2008             COX, WOOTTON, GRIFFIN,
21                               HANSEN & POULOS, LLP
                                Attorneys for Defendant
22                               KEYBANK, N.A.

23

24

25                         By: ___s/Rupert P. Hansen_____
                              Rupert P. Hansen

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS LLP   26

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601   27

28

KEY.Needelman/2602

-2-                                                   Case No.: 08CV00442L RBB
DEFENDANT KEYBANK, N.A.'s REQUEST FOR JUDICIAL NOTICE