1  COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS LLP
2  Rupert P. Hansen (SBN 082302)
   Rhansen@cwghp.com
3  Courtney M. Crawford (SBN 242567)
   Ccrawford@cwghp.com
4  190 The Embarcadero
   San Francisco, CA 94105
5  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
6

7  Attorneys for Defendant
   KEYBANK, N.A.
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY A. NEEDELMAN, | Case No.: 08 CV 00442 L RBB |
| Plaintiff, | Hon. M. James Lorenz |
| vs. | CERTIFICATE OF SERVICE RE KEYBANK'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) |
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AUTHORITY dba AMERICAN EDUCATION SERVICES, KEYBANK N.A.; AND EDUCATION CREDIT MANAGEMENT SERVICES, | [Memorandum of Points and Authorities; Request for Judicial Notice filed concurrently herewith] |
| Defendants. | Date: June 30, 200-8<br>Time: 10:30 a.m.<br>Place: Courtroom 14 |

-1-                           Case No.: 08 CV 00442 L RBB

# CERTIFICATE OF SERVICE

Case:     *Jeffrey A. Needelman v. Pennsylvania Higher Education, et al.*

Case No.:   U.S. District Court, Southern District Case No.: 08 CV 00442 L RBB

I am employed in the City and County of San Francisco by the law firm of COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP, 190 The Embarcadero, San Francisco, California 94105. I am over the age of 18 years and not a party to the within action.

On May 20, 2008, I served the attached document(s):

- **DEFENDANT KEYBANK'S NOTICE OF MOTION AND MOTION TO DISMISS; POINTS AND AUTHORITIES IN SUPPORT THEREOF; REQUEST FOR JUDICIAL NOTICE WITH EXHIBITS**

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes (except facsimile transmission(s)), addressed as shown below, for service as designated below:

**(A)** <u>By First Class Mail</u>: I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the addressee on the date indicated.

**(B)** <u>By Personal Service</u>: I caused each such envelope to be personally delivered to the addressee(s) by a member of the staff of this law firm on the date indicated.

**(C)** <u>By Messenger Service</u>: I caused each such envelope to be delivered to a courier employed by FIRST LEGAL SUPPORT SERVICES or by WORLDWIDE ATTORNEY SERVICES, with both of whom we have a direct billing account, who personally delivered each such envelope to the addressee(s) on the date indicated.

**(D)** <u>By Federal Express</u>:   I caused each such envelope to be delivered to Federal Express Corporation at San Francisco, California, with whom we have a direct billing account, to be delivered to the addressee(s) on the next business day. I deposited each such envelope/package at the Three Embarcadero Center location of Federal Express Corporation.

(E) <u>By Facsimile</u>: I caused such document to be served via facsimile electronic equipment transmission (fax) on the party(ies) in this action by transmitting a true copy to the following fax numbers:

| SERVICE | ADDRESSEE | PARTY REPRESENTED |
|---|---|---|
| A | Jeffrey A. Needelman, Esq.<br>P.O. Box 471146<br>San Francisco, CA 94147<br>(415) 441-4401 | Plaintiff Pro Se |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 20, 2008 at San Francisco, California.

___/s/Rupert P. Hansen___

RUPERT P. HANSEN

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL 415-438-4600
FAX 415-438-4601

Dmsi.Point Loma/2504

PROOF OF SERVICE                                                      Case No.: CV 07-02952 WHA